UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RODRIGUEZ-ARANGO,

        Petitioner,        Case No. 2:15-cv-13268
                                          Hon. George Caram Steeh

v.

THOMAS WINN,

        Respondent.
_____/

**ORDER STRIKING DUPLICATIVE MOTION [DKT. 10]**

The Court denied Petitioner's habeas application on September 22, 2015. Petitioner filed a "motion for independent action" under Federal Rule of Civil Procedure 60(b) on January 15, 2016. The Court transferred the motion to the Sixth Circuit on June 20, 2016. On June 29, 2016, Petitioner filed a second copy of his "motion for independent action." [Dkt. 10].

It is well settled that "trial courts have inherent power to control their dockets," *Anthony v. BTR Auto. Sealing Sys., Inc.*, 339 F.3d 506, 516 (6th Cir. 2003), including determining whether to strike documents. Trial courts maintain the power to "manage their own affairs so as to achieve an orderly and expeditious disposition of cases." *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

The Court strikes Petitioner's motion filed at Dkt. 10 as duplicative of the one he filed on January 15, 2016, and disposed of by the Court on June 20, 2016.

Accordingly, it is **ORDERED** that Petitioner's "motion for independent action" is **STRICKEN.**

Dated: September 26, 2016

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 26, 2016, by electronic and/or ordinary mail and also on Michael Rodriguez-Arango #747888 Saginaw Correctional Facility, 9625 Pierce Road, Freeland, MI 48623.

s/Barbara Radke
Deputy Clerk